FILED
CLERK, U.S. DISTRICT COURT

OCTOBER 26, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　　v.

GERARDO BELTRAN TORRES,

　　　　　Defendant.

Case No. CR 2:20-CR-00473-JAK

ORDER OF DETENTION

## I.

On October 21, 2019, Defendant Gerardo Beltran Torres made his initial appearance on the indictment filed in this matter. Deputy Federal Public Defender Nadine Hettle was appointed to represent Defendant. A detention hearing was held on November 22, 2019.

☒　On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒　On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that

involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☐ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to danger to the community:

☒ Allegations in the indictment involving (1) firearms, specifically that between October 2019 and October 2020, Defendant engaged in the business of dealing in firearms, including several without serial numbers, commonly known as "ghost guns," and that Defendant possessed AR-type, semi-automatic, short-barreled rifles, and (2) narcotic controlled substances, specifically

seven counts of distribution of heroin and one count of distribution of methamphetamine.

      ☒    Defendant has a history of substance abuse;

      ☒    Unrebutted presumption.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 26, 2020

                                            /s/
                            PATRICIA DONAHUE
                UNITED STATES MAGISTRATE JUDGE